# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANTHONY DODSON,**

        **Petitioner,**

        **v.**                                     **Case No. 04-CV-1018**

**WARDEN CATHERINE J. FARREY,**

        **Respondent.**

## DECISION AND ORDER

On October 18, 2004, Anthony Dodson ("Dodson") filed his habeas petition pursuant to 28 U.S.C. § 2254. The Respondent has since filed an answer and Dodson's petition is ready for decision. While the Court has analyzed Dodson's claims and the Respondent's answers thereto, the Court requires a copy of the transcript of Dodson's plea colloquy in order to render its decision. Accordingly, the Respondent is ordered to furnish the Court with a certified copy of Dodson's plea colloquy before the state court that led to the entry of judgment against him on June 28, 2000.

On a housekeeping note, Dodson has filed a "Motion to Compel Rule," in which he asks the Court to rule on his pending petition. Though a "motion to rule" is not a recognized motion, the Court understands that Dodson would like his petition resolved sooner rather

than later. Nevertheless, as indicated above, the Court has examined Dodson's petition, but requires further documentation before issuing its decision.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

No later than July 14, 2006, the Respondent **SHALL** provide the Court with a certified copy of the transcript of the proceedings of Dodson's state court plea colloquy that resulted in the entry of judgment against him on June 28, 2000.

Dodson's Motion to Compel to Rule (Docket No. 12) is **DENIED**.

Dated at Milwaukee, Wisconsin this 20th day of June, 2006.

**BY THE COURT**

s/ Rudolph T. Randa
**Hon. Rudolph T. Randa
Chief Judge**